E-FILED 5/10/16
JS-6

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
YASIN MOHAMMAD
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 242798
   1400 United States Courthouse
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-6968
   Facsimile: (213) 894-7177
   E-mail: Yasin.Mohammad@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: 15-05917-PSG (ASx) |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] **CONSENT JUDGMENT** |
| $25,000.00 IN U.S. CURRENCY, | |
| Defendant. | |
| HYONG YUN HEO, STEVEN YUN SO HEO, THINH TONY NGUYEN, AND IN SIL HEO, | |
| Claimants. | |

1    Plaintiff United States of America ("the government") and
2 claimants Hyong Yun Heo, Steven Yun So Heo, Thinh Tony Nguyen,
3 and In Sil Heo (jointly, the "Claimants") have entered into a
4 stipulated request for the entry of this consent judgment of
5 forfeiture resolving all interests Claimants may have had in the
6 defendant asset, $25,000.00 in U.S. currency ("defendant
7 currency"), consisting of $8,500.00 seized from Steven Yun Soo
8 Heo, $8,000.00 seized from Thinh Tony Nguyen, and $8,500.00
9 seized from Hyong Yun Heo).
10   The civil forfeiture action captioned above was commenced
11 on August 5, 2015.  Notice was given and published according to
12 law.  Claimant Hyong Yun Heo filed a claim on November 16, 2015
13 (Dkt No. 12), and an answer on December 18, 2015 (Dkt. No. 20).
14 Claimant Steven Yun Heo filed a claim on November 16, 2015 (Dkt.
15 No. 14), and an answer on December 18, 2015 (Dkt. No. 21).
16 Claimant Thinh Tony Nguyen filed a claim on November 16, 2015
17 (Dkt. No. 15), and an answer on December 18, 2015 (Dkt. No. 22).
18 Claimant In Sil Heo filed a claim on November 16, 2015 (Dkt. No.
19 16), and an answer on December 18, 2015 (Dkt. No. 19).  No other
20 claims or answers were filed and the time for filing claims and
21 answers has expired.
22
23 ///
24
25 ///
26
27
28

1    The Court has been duly advised of and has considered the
2 matter.  Based upon the mutual consent of the parties hereto and
3 good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES**
4 **AND DECREES** that $21,000.00 of the defendant currency plus all
5 interest earned on the entirety of the defendant currency since
6 seizure, is hereby forfeited to the United States, and no other
7 right, title or interest shall exist therein.  The remaining
8 $4,000.00 of the defendant currency, without any interest, shall
9 be returned to the Claimants as follows:  The funds shall be
10 made payable via ACH deposit to the Claimants' attorney, Jacek
11 W. Lentz, Esq., The Lentz Law Firm, P.C., 1055 Wilshire
12 Boulevard, Suite 1996, Los Angeles, California 90017.

15 ///

18 ///

21 ///

1  The Court finds that there was reasonable cause for the
2  seizure of the defendant currency and the institution of this
3  action.  This consent judgment shall be construed as a
4  certificate of reasonable cause pursuant to 28 U.S.C. § 2465.
5  Each of the parties shall bear its own fees and costs in
6  connection with the seizure, retention and return of the
7  defendant currency.

DATED:  5/9       , 2016        **PHILIP S. GUTIERREZ**
                                HONORABLE PHILIP S. GUTIERREZ
                                UNITED STATES DISTRICT JUDGE

Presented by:

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


  /s/ *Yasin Mohammad*
YASIN MOHAMMAD
Assistant United States Attorney


Attorney for Plaintiff
UNITED STATES OF AMERICA

4